

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Ex parte Alan Nelson Crotts

Appellate case number:   01-18-00666-CR

Trial court case number:  13-CCR-165781

Trial court:             County Court at Law No. 3 of Fort Bend County

We abated this appeal and remanded the case to the trial court for appellant to obtain a signed order on his application for a writ of habeas corpus, and for the trial court to enter findings of fact and conclusions of law and execute a certification of appellant's right to appeal. The trial court clerk has filed supplemental clerk's records containing the trial court's order denying appellant's application for a writ of habeas corpus, the trial court's findings of fact and conclusions of law, and a certification of appellant's right to appeal stating that appellant "has the right to appeal." Accordingly, we **reinstate** the case on the Court's active docket.

**Appellant's brief will be due within 30 days of the date of this order.** *See* TEX. R. APP. P. 31.1(a), 38.6(a). Appellee's brief will be due within 20 days of the date the appellant's brief is filed. *See id.* TEX. R. APP. P. 31.1(a), 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                    ☑ Acting individually    ☐ Acting for the Court

Date: __April 11, 2019__